KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION,<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>vs.<br><br>CENTIMARK CORPORATION,<br><br>　　　　Defendant and<br>　　　　Counter-Claimant. | CASE NO. 2:16-cv-02858-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT DISCLOSURES** |

　　　　TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record**:

　　　　WHEREAS the current date for exchanging expert disclosures under Federal Rule of Civil Procedure Rule 26(a)(2) is set for February 9, 2018, pursuant to the Status (Pre-trial Scheduling) Order in this case entered on March 16, 2017;

　　　　WHEREAS the current date for exchanging expert rebuttal disclosures is set for February 16, 2018, pursuant to the Status (Pre-trial Scheduling) Order;

　　　　WHEREAS Plaintiff and Defendant agree that expert discovery and efficiency in this case will benefit from extending the time to disclose experts and rebuttal experts and that good cause exists to extend the time for exchanging such disclosures;

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

WHEREAS Plaintiff and Defendant do not intend for any other dates or deadlines in the Status (Pre-trial Scheduling) Order to be affected by this stipulation, including the discovery cut-off set for April 13, 2018;

Plaintiff and Defendant STIPULATE and AGREE:

1. The date for exchanging expert disclosures as required under Federal Rule of Civil Procedure Rule 26(a)(2), including all information required under Rule 26(a)(2)(B), shall be extended two weeks until **February 23, 2018**.

2. The date for exchanging rebuttal expert disclosures shall be extended to **March 2, 2018**.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 7, 2018  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
KATHLEEN M. RHOADS
Attorney for Defendant CENTIMARK CORPORATION

Dated: February 6, 2018  BERDING & WEIL LLP

By: /s/ *Jacob A. Moss*
JACOB A. MOSS
Attorney for Plaintiff TIMBER RIDGE HOMEOWNERS ASSOCIATION

## ORDER

Having reviewed the foregoing stipulation of the parties and finding good cause therefor, the Court hereby orders as follows:

1. The date for exchanging expert disclosures as required under Federal Rule of Civil Procedure Rule 26(a)(2), including all information required under Rule 26(a)(2)(B), shall be extended two weeks until **February 23, 2017**.

2. The date for exchanging rebuttal expert disclosures shall be extended to **March 2, 2018**.

**IT IS SO ORDERED.**

Dated: 2/7/2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge