Daniel L. Rottinghaus, California Bar No. 131949
Jacob A. Moss, California Bar No. 264820
**BERDING & WEIL LLP**
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
Telephone: 925/838-2090
Facsimile: 925/820-5592
dlr@berding-weil.com
jmoss@berding-weil.com

Attorneys for Plaintiff and Cross-Defendant
TIMBER RIDGE HOMEOWNERS ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CENTIMARK CORPORATION,<br><br>Defendant.<br>_____/ | Case No: 2:16-cv-02858-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF DISCOVERY CUTOFF** |

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record**:

WHEREAS the current deadline to complete discovery is April 13, 2018, pursuant to the Status (Pre-trial Scheduling) Order in this case entered on March 16, 2017;

WHEREAS Plaintiff and Defendant have agreed to go to mediation and agree that good cause exists to continue the deadline to complete discovery to May 11, 2018, in order to allow the parties enough time to meaningfully participate in the mediation process;

WHEREAS Plaintiff and Defendant do not intend for any other dates or deadlines in the Status (Pre-trial Scheduling) Order to be affected by this stipulation;

/ / /

Plaintiff and Defendant STIPULATE and AGREE:

1. The deadline to complete all discovery shall be continued from April 13, 2018, to May 11, 2018.

**IT IS SO STIPULATED AND AGREED.**

Dated: 3/13/18  GORDON REES SCULLY MANSUKHANI, LLP


By_____/s/_____
KATHLEEN M. RHOADS
Attorney for Defendant CENTIMARK CORPORATION

Dated: 3/13/18  BERDING & WEIL LLP


By_____/s/_____
JACOB A. MOSS
Attorney for Plaintiff TIMBER RIDGE HOMEOWNERS ASSOCIATION

## [PROPOSED] ORDER

Having reviewed the foregoing stipulation of the parties and finding good cause therefor, the Court hereby orders as follows:

1. The deadline for the parties to complete all discovery is continued from April 13, 2018, to **May 11, 2018**.

**IT IS SO ORDERED.**


Dated: March 15, 2018

_____/s/ John A. Mendez_____
U. S. District Court Judge