KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION, <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> CENTIMARK CORPORATION, <br><br> Defendant and Counter-Claimant. | CASE NO. 2:16-cv-02858-JAM-AC <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** |

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record**:

WHEREAS the current deadline to complete discovery is May 11, 2018, pursuant to the Stipulation and Order filed on March 14, 2018;

WHEREAS, having engaged in further mediation on March 28, 2018, Plaintiff and Defendant agree that expert discovery and efficiency in this case will benefit from continuing the deadline to complete discovery to May 28, 2018;

WHEREAS Plaintiff and Defendant do not intend for any other dates or deadlines in the Status (Pre-trial Scheduling) Order to be affected by this stipulation;

/ / /

/ / /

Plaintiff and Defendant STIPULATE and AGREE:

1. The deadline to complete all discovery shall be continued from May 11, 2018, to May 28, 2018.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 23, 2018                           BERDING & WEIL LLP

By: /s/ *Jacob A. Moss*
_____
JACOB A. MOSS
Attorney for Plaintiff TIMBER RIDGE
HOMEOWNERS ASSOCIATION

Dated: April 23, 2018                           GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
_____
KATHLEEN M. RHOADS
Attorney for Defendant CENTIMARK
CORPORATION

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# **ORDER**

Having reviewed the foregoing stipulation of the parties and finding good cause therefor, the Court hereby orders as follows:

1. The deadline to complete all discovery shall be continued from May 11, 2018, to **May 28, 2018.**

**IT IS SO ORDERED.**

Dated: 4/27/2018                                /s/ John A. Mendez_____
                                                                   Hon. John A. Mendez
                                                                   United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825