KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION, <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> CENTIMARK CORPORATION, <br><br> Defendant and Counter-Claimant. | CASE NO. 2:16-cv-02858-JAM-AC <br><br> STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING PROCEDURE AND CONTINUE FILING AND HEARING DATES FOR DISPOSITIVE MOTIONS |

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record:**

WHEREAS, following meet and confer efforts, and a mediation of March 28, 2018, the Plaintiff and Defendant (collectively "the Parties") agree that certain legal issues must be decided prior to trial;

WHEREAS, after meeting and conferring, the Parties intended to file cross-motions for summary judgment/adjudication on the same legal issues;

WHEREAS, the depositions of 15 deponents in this case are ongoing, and are currently scheduled out to May 24, 2018;

-1-

WHEREAS, the Parties have submitted another stipulation to the court to extend the discovery deadline from May 11, 2018, to May 28, 2018;

WHEREAS, the current deadline to file dispositive motions is May 22, 2018;

WHEREAS, the current hearing date for dispositive motions is set for June 19, 2018, at 1:30 p.m.;

WHEREAS, trial is set for September 10, 2018;

WHEREAS, because the Parties intended to file cross-motions for summary judgment/adjudication on the same legal issues, the Parties agree, contingent upon agreement of the Court, that efficiency in this case will benefit from having Plaintiff and Defendant file Opening Briefs on the same day and then Reply Briefs on the same day;

WHEREAS, depositions and the collection of evidence are ongoing, and the Parties do not anticipate having all necessary evidence or facts prior to the current deadline to file dispositive motions;

Plaintiff and Defendant STIPULATE and AGREE:

1. Should the Court agree that the procedure for filing motions for summary judgment/adjudication would be more efficient with simultaneously filed briefs:

    A. Both Plaintiff and Defendant will file Opening Briefs (25 pages maximum each) on the same day, **June 19, 2018**, along with any other documents required or permitted under Local Rule 260;

    B. Both Plaintiff and Defendant will file Reply Briefs (10 pages maximum each) on the same day, **July 10, 2018**, along with any other documents required or permitted under the local rules.

    C. The hearing for the motions for summary judgment/adjudication will occur on **July 31, 2018**.

-2-

Stipulation and [Proposed] Order to Alter Briefing Procedure and Continue Filing and Hearing Dates for Dispositive Motions  
2:16-cv-02858-JAM-AC

IT IS SO STIPULATED AND AGREED.

Dated: May 9, 2018         GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Kathryn M. Rhoads
    KATHLEEN M. RHOADS
    Attorney for Defendant CENTIMARK
    CORPORATION

Dated: May 8, 2018         BERDING & WEIL LLP

By: /s/ Jacob A. Moss
    JACOB A. MOSS
    Attorney for Plaintiff TIMBER RIDGE
    HOMEOWNERS ASSOCIATION

-3-

Stipulation and [Proposed] Order to Alter Briefing Procedure and Continue Filing and Hearing Dates for Dispositive Motions
2:16-cv-02858-JAM-AC

# [PROPOSED] ORDER

Having reviewed the foregoing stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1. Both Plaintiff and Defendant will file Opening Briefs (25 pages maximum each) on the same day, **June 19, 2018**, [~~or, in the alternative, Opening Briefs are due on~~ _jam_ _____ ] along with any other documents required or permitted under Local Rule 260;

2. Both Plaintiff and Defendant will file "Reply Briefs" (10 pages maximum each) on the same day, **July 10, 2018**, [~~or, in the alternative, Reply Briefs are due on~~ _jam_ _____ ] along with any other documents required or permitted under the local rules. _jam_ No separate opposition briefs will be permitted, i.e. the "Reply Briefs" will serve as the opposition briefs.

3. The hearing for the motions for summary judgment/adjudication will ~~occur on~~ be set for July 31, 2018, at 1:30 [~~or, in the alternative, the Court hereby sets the hearing date for the motions for summary judgment/adjudication on _____~~ ]. _jam_

IT IS SO ORDERED.

Dated: May 9, 2018

Hon. John A. Mendez
United States District Judge

-4-

Stipulation and [Proposed] Order to Alter Briefing Procedure and Continue Filing and Hearing Dates for Dispositive Motions
2:16-cv-02858-JAM-AC