1  KATHLEEN M. RHOADS (SBN: 144466)
   GORDON REES SCULLY MANSUKHANI, LLP
2  3 Parkcenter, Suite 200
   Sacramento, CA 95825
3  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
4  Email: krhoads@grsm.com

5  Attorneys for Defendant
   CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMBER RIDGE HOMEOWNERS ASSOCIATION, | ) ) ) | CASE NO. 2:16-cv-02858-JAM-AC |
|---|---|---|
| Plaintiff and Counter-Defendant, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL** |
| vs. | ) ) | |
| CENTIMARK CORPORATION, | ) ) | |
| Defendant and Counter-Claimant. | ) ) ) | |

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record**:

WHEREAS, Plaintiff and Defendant filed cross-motions for summary adjudication currently scheduled to be heard on July 31, 2018;

WHEREAS, the Court's courtroom deputy contacted Plaintiff and Defendant on June 20, 2018, to inquire whether Plaintiff and Defendant would stipulate to continue the pretrial conference and trial;

WHEREAS, the pretrial conference is currently scheduled for August 17, 2018, and the trial is scheduled for September 10, 2018;

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

WHEREAS, Plaintiff's and Defendant's counsel have met and conferred and have agreed to continuances of the pretrial conference and trial (providing the stipulated dates comport with the Court's own schedule);

Plaintiff and Defendant STIPULATE and AGREE:

1. The trial date shall be continued from September 10, 2018, to October 29, 2018, at 9 a.m.;

2. The pretrial conference shall be continued from August 17, 2018, to September 14, 2018, at 10 a.m.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 19, 2018        GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
KATHLEEN M. RHOADS
Attorney for Defendant CENTIMARK
CORPORATION

Dated: July 19, 2018        BERDING & WEIL LLP

By: /s/ *Seema N. Kadaba*
SEEMA N. KADABA
Attorney for Plaintiff TIMBER RIDGE
HOMEOWNERS ASSOCIATION

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# **ORDER**

Having reviewed the foregoing stipulation of the parties, and finding good cause therefore, the Court orders as follows:

1. The trial date is continued from September 10, 2018, to October 29, 2018, at 9 a.m.;

2. The pretrial conference shall be continued from August 17, 2018, to September 14, 2018, at 10 a.m.

**IT IS SO ORDERED.**

Dated: 7/20/2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

1129544/39300587v.1