KATHLEEN M. RHOADS  (SBN:  144466)
NICHOLAS D. KARKAZIS (SBN:  299075)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
Email:  krhoads@grsm.com

Attorneys for Defendant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>CENTIMARK CORPORATION,<br><br>Defendant and Counter-Claimant. | CASE NO.  2:16-cv-02858-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE** |

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") **hereby stipulate, by and through their attorneys of record**:

WHEREAS, the pretrial conference is currently scheduled for September 14, 2018, and the trial is scheduled for October 29, 2018;

WHEREAS, the parties intend to mediate their dispute;

WHEREAS, to avoid the costs, expense, and time of potentially unnecessary litigation, Plaintiff's and Defendant's counsel have met and conferred and have agreed to a continuance of the pretrial conference;

Plaintiff and Defendant STIPULATE and AGREE:

1.      The pretrial conference shall be continued from September 14, 2018, to September 28, 2018, at 10:00 a.m.

**IT IS SO STIPULATED AND AGREED.**


Dated:  August 27, 2018                    GORDON REES SCULLY MANSUKHANI, LLP

                                           /s/ *Nicholas D. Karkazis*
                                    By:_____
                                           KATHLEEN M. RHOADS
                                           NICHOLAS D. KARKAZIS
                                           Attorneys for Defendant CENTIMARK
                                           CORPORATION


Dated:  August 27, 2018                    BERDING & WEIL LLP

                                           /s/ *Seema N. Kadaba*
                                    By:_____
                                           SEEMA N. KADABA
                                           Attorney for Plaintiff TIMBER RIDGE
                                           HOMEOWNERS ASSOCIATION

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**Gordon Rees Scully Mansukhani, LLP**
**3 Parkcenter Drive, Suite 200**
**Sacramento, CA 95825**

### ORDER (AS MODIFIED BY THE COURT)

Having reviewed the foregoing stipulation of the parties, and finding good cause

therefore, the Court orders as follows:

1. The pretrial conference shall be continued from September 14, 2018, to
September 28, 2018, at 10 a.m.

2. **The parties joint pretrial statement shall be e-filed no later than September
21, 2018.**

**IT IS SO ORDERED.**

Dated: 8/27/2018                                    /s/ John A. Mendez_____
                                                   Hon. John A. Mendez
                                                   United States District Court Judge

1129544/39970266v.1