KATHLEEN M. RHOADS (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant and Counter-Claimant
CENTIMARK CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBER RIDGE HOMEOWNERS ASSOCIATION,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>CENTIMARK CORPORATION,<br><br>Defendant and Counter-Claimant. | CASE NO. 2:16-cv-02858-JAM-AC<br><br>**ORDER GRANTING JOINT REQUEST FOR BRIEF CONTINUANCE OF THE TRIAL DATE AND REQUIRED PRE-TRIAL FILINGS, OR MODIFICATION TO THE CURRENT BRIEFING SCHEDULE FOR PRE-TRIAL FILINGS**<br><br>Trial Date: February 11, 2019 |

Having reviewed the correspondence submitted jointly on January 29, 2019, to the Court by Kathleen Rhoads, attorney for defendant CentiMark Corporation, and Daniel Rottinghaus, attorney for plaintiff Timber Ridge Homeowners Association, and good cause appearing, the Honorable Judge John A. Mendez hereby orders that:

(1) The trial in this matter, currently scheduled for February 11, 2019, is continued to Monday, May 20, 2019 at 9:00 a.m. in Courtroom 6;

(2) The current schedule for pretrial filings is hereby vacated, and the dates for pretrial filings will be continued to dates consistent with the new trial date.

**IT IS SO ORDERED.**

DATED: 1/30/2019                                     /s/ John A. Mendez
                                                                   HONORABLE JOHN A. MENDEZ

-1-

[Proposed] Order Granting Joint Request for Brief Continuance of the Trial Date and Required Pre-Trial Filings or Modification to the Current Briefing Schedule for Pre-Trial Filings
2:16-cv-02858-JAM-AC