

FILED
JUN 19 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

KATHLEEN M. RHOADS (SBN: 144466)
NICHOLAS D. KARKAZIS (SBN: 299075)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: krhoads@grsm.com

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TIMBER RIDGE HOMEOWNERS ASSOCIATION,

Plaintiff and Counter-Defendant,

vs.

CENTIMARK CORPORATION,

Defendant and Counter-Claimant.

CASE NO. 2:16-cv-02858-JAM-AC

STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS CASE WITH PREJUDICE

TIMBER RIDGE HOMEOWNERS ASSOCIATION ("Plaintiff") and CENTIMARK CORPORATION ("Defendant") (collectively "the Parties") **hereby stipulate, by and through their attorneys of record**:

WHEREAS, the Parties have settled this case and have formalized their agreement via a written Settlement Agreement and Mutual Release;

WHEREAS, the Federal Rules of Civil Procedure, Rule 41, permits the Parties to dismiss the action through written stipulation;

Plaintiff and Defendant STIPULATE and AGREE:

1. Plaintiff and Defendant agree to dismiss their respective claims in this action against each other with prejudice;

2. The entire action shall be dismissed by the Court with prejudice; and

-1-
Stipulation and [Proposed] Order to Dismiss Case with Prejudice     2:16-cv-02858-JAM-AC

3. The Parties agree that this Court retains jurisdiction over the case if necessary to enforce the Settlement Agreement and Mutual Release.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 18, 2019                     GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
KATHLEEN M. RHOADS
NICHOLAS D. KARKAZIS
Attorney for Defendant CENTIMARK CORPORATION

Dated: June 18, 2019                     BERDING & WEIL LLP

By: /s/ *Seema N. Kadaba*
DANIEL L. ROTTINGHAUS
SEEMA N. KADABA
Attorney for Plaintiff TIMBER RIDGE HOMEOWNERS ASSOCIATION

## ORDER

Having reviewed the foregoing stipulation of the parties and finding good cause therefor, the Court hereby orders as follows:

1. This entire action, case number 2:16-cv-02858-JAM-AC, and all the claims therein, are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 19, 2019

Hon. John A. Méndez
United States District Judge